No. 59. BERT RUCKER *v.* MARION A. TATLOW. Error to the Supreme Court of the State of Kansas. Submitted November 10, 1919. Decided November 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *Brolan* v. *United States,* 236 U. S. 216, 218; *United Surety Co.* v. *American Fruit Co.,* 238 U. S. 140, 142; *Sugarman* v. *United States,* 249 U. S. 182, 184. *Mr. Joseph G. Waters* and *Mr. Joseph M. Stark* for plaintiff in error. *Mr. Lee Monroe* for defendant in error.

---

No. 69. EDWARD E. O'BRIEN ET AL. *v.* PUBLIC SERVICE COMMISSION OF THE FIRST DISTRICT OF THE STATE OF NEW YORK, ETC. Error to the Supreme Court of the State of New York. Argued November 12, 1919. Decided November 17, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *California Powder Works* v. *Davis,* 151 U. S. 389, 393; *Sayward* v. *Denny,* 158 U. S. 180, 183; *Harding* v. *Illinois,* 196 U. S. 78, 86. (2) *Thomas* v. *Iowa,* 209 U. S. 258, 263; *Bowe* v. *Scott,* 233 U. S. 658, 664; and see *El Paso Sash & Door Co.* v. *Carraway,* 245 U. S. 643. *Mr. Robert H. Elder* for plaintiffs in error. *Mr. William P. Burr* and *Mr. John F. O'Brien* for defendant in error, submitted.